UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20269-CR-COOKE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NOE REINA DE LA CRUZ, et al

    Defendants.
_____/

IN RE:

TOWN OF DAVIE
_____/

**STIPULATION AND SETTLEMENT AGREEMENT**

The United States of America (the "United States"), by its undersigned counsel, and the Town of Davie ("Davie") (collectively, the "Parties") hereby stipulate and agree, subject to the approval of this Court, as follows:

1. The Court has jurisdiction over the Parties to this Stipulation and Settlement Agreement, the Subject Property as defined in paragraph 4, and the subject matter of this Stipulation and Settlement Agreement.

2. The Parties have agreed to resolve this matter consistent with the sound policy favoring settlement of legal disputes without resort to unnecessary litigation.

3. The terms of this Stipulation and Settlement Agreement are subject to approval by the Court and any violation of any terms or conditions shall be construed as a violation of an order of the Court.

4. On February 4, 2019, the Court entered a Preliminary Order of Forfeiture that forfeited, among other assets, real property located at 3084 SW 112th Avenue, Davie, Florida, 33330 (hereafter, "Subject Property"). *See* De La Cruz Preliminary Order of Forfeiture, ECF No. 258.

5. According to Davie, as of March 18, 2019, Davie had code enforcement liens totaling $89,350 and a utility lien of $763.11 with respect to the Subject Property.

6. The Parties agree that upon approval of this Stipulation and Settlement Agreement:

   a. Davie agrees to not contest the sale and the final forfeiture of the Subject Property;

   b. Davie agrees to release all liens on the Subject Property to facilitate the sale of such property; and

   c. Upon obtaining a final order of forfeiture for the Subject Property, the United States agrees to remit $45,438.11 in U.S. currency from the net proceeds of the sale of the Subject Property in full satisfaction of any claim Davie has or may have in the Subject Property.

7. Davie, its respective agents, heirs, relatives, and assigns hereby withdraw all claim(s) and waive any defense(s) in this matter that they have or might have against the United States, the United States Department of Justice, Homeland Security Investigations, the Department of the Treasury, and all agents, officers, and employees thereof, (the "Released Parties") relating to the restraint of, the commencement of forfeiture proceedings against, and forfeiture of the Subject Property, including any claim(s) for lost profits or interest.

8. Davie agrees to hold harmless and fully indemnify the Released Parties from any and all claims pertaining to this matter and the Subject Property.

9. Each of the Parties shall bear its own costs, attorney's fees, and expenses.

10. Davie has read and fully understands each provision of this Stipulation and Settlement Agreement, and has freely and voluntarily signed and entered into this Stipulation and Settlement Agreement.

11. This Stipulation and Settlement Agreement may be executed in one or more counterparts, each of which when executed and delivered shall be an original, and all of which when executed shall constitute one and the same instrument.

12. This Stipulation and Settlement Agreement contains the entire agreement between the Parties.

**FOR THE TOWN OF DAVIE:**

4/25/2019
Date

_Daniel J Stallone_ (Signature)

DANIEL J. STALLONE (Printed Name)
Authorized Representative of the Town of Davie

4-19-2019
Date

_Allan T. Weinthal_
Allan Weinthal, counsel for the Town of Davie

**FOR THE UNITED STATES:**

ARIANA FAJARDO ORSHAN
United States Attorney

4/19/19
Date

_Nicole Grosnoff_
Nicole Grosnoff
Assistant United States Attorney

3