UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CR-20269-COOKE

**UNITED STATES OF AMERICA**

vs.

**NOE REINA DE LA CRUZ,**

    **Defendant.**
_____/

**IN RE:**

**TOWN OF DAVIE**
_____/

**ORDER APPROVING STIPULATION AND SETTLEMENT AGREEMENT BETWEEN UNITED STATES AND THE TOWN OF DAVIE**

THIS CAUSE is before the Court upon motion of the United States of America (the "United States") for approval and entry of a Stipulation and Settlement Agreement between the United States and the Town of Davie ("Davie"). Being fully advised in the premises and based on the United States' motion and record in this matter, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The United States' Motion To Approve and Enter Stipulation and Settlement Agreement Between United States and Davie is **GRANTED**.

2. The Stipulation and Settlement Agreement entered between the United States and Davie is **APPROVED**.

3. The Court will retain jurisdiction over this matter and the parties to enter such further orders as may be necessary for the disposal of forfeited assets.

**DONE AND ORDERED**, in Chambers, at Miami, Florida this 6th day of May 2019.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge