UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20269-CR-COOKE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NOE REINA DE LA CRUZ, et al

    Defendants.
_____/

IN RE:

LV LENDING LLC

    Third-Party Petitioner
_____/

## ORDER GRANTING AGREED MOTION FOR INTERLOCUTORY SALE

THIS CAUSE came before the Court pursuant to the Agreed Motion for an Order Granting Interlocutory Sale pursuant to 21 U.S.C. § 853(g). The Court, having reviewed the motion and the record, and being otherwise fully advised in the premises, finds:

1. The Subject Property named for forfeiture in this case (as defined below) is subject to diminution in value and accruing expenses pending the conclusion of this case.

2. In order to preserve the value of the Subject Property for ultimate disposition through forfeiture, it should be sold, and the proceeds from the sale deposited pending final adjudication of the matters at issue in this case.

3. An interlocutory sale is in the best interests of all interested parties.

Accordingly, upon the motion of the United States and for good cause shown, it is hereby **ORDERED and ADJUDGED:**

1. The motion of the United States is GRANTED.

2. Homeland Security Investigations ("HSI"), through its agents and contractors, without further order of Court, is authorized to sell the following Subject Property through any reasonable commercial method: 3084 SW 112th Avenue, Davie, Florida.

3. HSI, without further order of Court, is authorized, pursuant to the applicable laws, to execute documents to transfer title, possession, and to otherwise effect the transfer of all rights, title and interest to the identified Subject Property to any purchaser thereof.

4. The Subject Property shall be sold for the best and highest market price reasonably obtainable.

5. HSI shall be reimbursed from the sale proceeds of the Subject Property for all costs and expenses incurred for the seizure and/or maintenance of the Subject Property in accordance with the appropriate statutes.

6. The Net Sale Proceeds shall be substituted as the *res* in this action, with any unresolved claims of interest attaching to the Net Sale Proceeds pursuant to Supplemental Rule G(7)(b)(iv). Thus, the jurisdiction of the Court shall be transferred from the Subject Property to the Net Sale Proceeds.

7. The Court retains jurisdiction in this matter and the parties to take additional action and enter further orders as necessary to implement and enforce this Order for the disposal of the Subject Properties.

DONE and ORDERED in Chambers, at Miami, Florida this 31st day of May, 2019.

MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE