UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cr-20269-MGC

**UNITED STATES OF AMERICA,**

v.

**NOE REINA DE LA CRUZ and
RAUL GIL-RODRIGUEZ,**

        **Defendants,**
_____/

## RESTITUTION ORDER

THIS CAUSE is before the Court for a determination as to the restitution owed by Defendants Noe Reina De La Cruz and Raul Gil-Rodriguez to recognized victims in this case. In light of the parties' stipulation and agreement, IT IS HEREBY ORDERED that each Defendant, as to Noe Reina De La Cruz and Raul Gil-Rodriguez, shall pay restitution of $770,582.14 to Citi. The mailing address for Citi, to which payment should be made, is as follows:

CSIS
14700 Citicorp Drive
Bldg 2, 1st Floor, MC5205
Hagerstown, MD 21742
Attn: Victoria Yeager

IT IS FURTHER ORDERED that restitution shall be joint and several as between co-defendants Noe Reina De La Cruz and Raul Gil-Rodriguez.

DONE AND ORDERED in chambers at Miami, Florida, this 30th day of July 2019.

_____
MARCIA G. COOKE
United States District Judge