

U.S. Department of Justice

United States Attorney
Southern District of Florida

99 N.E. 4th Street, Suite 700
Miami, FL 33132
Tel. No. (305) 961-9294 / Fax No. (305) 536-4089

# NOTICE OF JUDICIAL FORFEITURE PROCEEDINGS

December 4, 2019

**via FedEx**
8148 7269 0519

Leo Sean Palmer
c/o LEBSP Irrevocable Trust
4218 SW 119th Avenue, Apt. 312
Miramar, FL 33025

RE:   *U.S. v. Noe De La Cruz, et al.*  Case No. 18-20269-Cr-Cooke
      Real Property located at 3084 Southwest 112 Avenue, Davie, FL 33330

To whom it may concern:

The United States District Court for the Southern District of Florida has ordered that certain property in the above-styled criminal case be forfeited to the United States. The enclosed Order of Forfeiture describes the property subject to forfeiture and the procedure for filing a petition to any of the property in which you may have a legal right, title or interest. By receipt of this letter, you are given actual notice of the forfeiture of the property and of your right to assert a claim. This Notice is intended only to provide you with notice; service of this Notice is in no way intended to imply that the United States believes that you would have a valid claim to any of the forfeited property. Neither a defendant in the criminal case, nor his agent, is entitled to file a petition.

The procedure for filing a petition is set forth in Title 21, United States Code, Section 853(n). If you intend to file a petition, you must do so in the above-styled case within thirty (30) days of your receipt of this letter. The petition must be filed under the above case name and number in the United States District Court, 400 North Miami Avenue, Miami, Florida 33128; with a copy to Nicole Grosnoff, Assistant United States Attorney, United States Attorney's Office, 99 N.E. 4 Street, Miami, Florida 33132. The petition shall be signed by petitioner under penalty of perjury and shall identify the particular property in which Wells Fargo Bank claims a legal right, title or interest; the nature and extent of such right, title or interest in each property; the time and

circumstances of the acquisition of the right, title and interest in the property; and any additional facts and documents supporting the claim and the relief sought.

      Thank you for your assistance in this matter.

      Sincerely,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____

NICOLE GROSNOFF
ASSISTANT U.S. ATTORNEY

Enclosures- Order of Forfeiture

FedEx

February 18, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 814872690519

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | 4218 SW 119TH AVE 312 |
| **Service type:** | FedEx Standard Overnight | | FL, 33025 |
| **Special Handling:** | Deliver Weekday; Residential Delivery | **Delivery date:** | Dec 12, 2019 14:34 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 814872690519 | **Ship Date:** | Dec 11, 2019 |
| | | **Weight:** | |

**Recipient:**
LEO SEAN PALMER, LE BSP INEROCABLE TRUST
4218 SW 119 AVE APT 312
FL, US, 33025

**Shipper:**
NICOLE GROSNOFF, USDOJ/US ATTORNEYS OFFICE
99 NE 4TH ST
MIAMI, FL, US, 331322131

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx



**U.S. Department of Justice**

United States Attorney
Southern District of Florida

99 N.E. 4th Street, Suite 700
Miami, FL 33132
Tel. No. (305) 961-9294 / Fax No. (305) 536-4089

## NOTICE OF JUDICIAL FORFEITURE PROCEEDINGS

December 4, 2019

Leo Sean Palmer
c/o LEBSP Irrevocable Trust
13762 West State Road 84
Suite 256
Davie, FL 33325

**RE:**  *U.S. v. Noe De La Cruz, et al.*  Case No. 18-20269-Cr-Cooke
Real Property located at <u>3084 Southwest 112 Avenue, Davie, FL 33330</u>

To whom it may concern:

    The United States District Court for the Southern District of Florida has ordered that certain property in the above-styled criminal case be forfeited to the United States. The enclosed Order of Forfeiture describes the property subject to forfeiture and the procedure for filing a petition to any of the property in which you may have a legal right, title or interest. By receipt of this letter, you are given actual notice of the forfeiture of the property and of your right to assert a claim. This Notice is intended only to provide you with notice; service of this Notice is in no way intended to imply that the United States believes that you would have a valid claim to any of the forfeited property. Neither a defendant in the criminal case, nor his agent, is entitled to file a petition.

    The procedure for filing a petition is set forth in Title 21, United States Code, Section 853(n). If you intend to file a petition, you must do so in the above-styled case within thirty (30) days of your receipt of this letter. The petition must be filed under the above case name and number in the United States District Court, 400 North Miami Avenue, Miami, Florida 33128; with a copy to Nicole Grosnoff, Assistant United States Attorney, United States Attorney's Office, 99 N.E. 4 Street, Miami, Florida 33132. The petition shall be signed by petitioner under penalty of perjury and shall identify the particular property in which Wells Fargo Bank claims a legal right, title or interest; the nature and extent of such right, title or interest in each property; the time and

circumstances of the acquisition of the right, title and interest in the property; and any additional facts and documents supporting the claim and the relief sought.

      Thank you for your assistance in this matter.

                                                Sincerely,

                                                ARIANA FAJARDO ORSHAN
                                                UNITED STATES ATTORNEY

                                                _____

                                                NICOLE GROSNOFF
                                                ASSISTANT U.S. ATTORNEY

Enclosures- Order of Forfeiture



ALERT: USPS WILL BE TEMPORARILY SUSPENDING THE GUARANTEE ON PRIORITY MAIL EXPRESS INT…

## USPS Tracking®

Tracking | FAQs

**Track Another Package +**

Track Packages Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

Remove

Feedback

**Tracking Number:** 70130600000082942912

Your item was delivered to the front desk, reception area, or mail room at 12:17 pm on December 16, 2019 in FORT LAUDERDALE, FL 33325.

### Status

✓ **Delivered**

December 16, 2019 at 12:17 pm
Delivered, Front Desk/Reception/Mail Room
FORT LAUDERDALE, FL 33325



Delivered

### Tracking History

**December 16, 2019, 12:17 pm**
Delivered, Front Desk/Reception/Mail Room
FORT LAUDERDALE, FL 33325
Your item was delivered to the front desk, reception area, or mail room at 12:17 pm on December 16, 2019 in FORT LAUDERDALE, FL 33325.

**December 15, 2019, 5:50 pm**
Departed USPS Regional Facility
MIAMI FL DISTRIBUTION CENTER

**December 15, 2019**
In Transit to Next Facility

**December 14, 2019, 1:31 am**
Arrived at USPS Regional Facility
MIAMI FL DISTRIBUTION CENTER

## Product Information

| | |
|---|---|
| **Postal Product:** | **Features:**<br>Certified Mail™ |

**See Less**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

**USPS.COM**

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| Feedback | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=70130600000082942912[2/10/2020 5:50:04 PM]



**U.S. Department of Justice**

United States Attorney
Southern District of Florida

99 N.E. 4th Street, Suite 700
Miami, FL 33132
Tel. No. (305) 961-9294 / Fax No. (305) 536-4089

# NOTICE OF JUDICIAL FORFEITURE PROCEEDINGS

December 4, 2019

**via FedEx**
8148 7269 0611

Leo Sean Palmer
c/o LEBSP Irrevocable Trust
21101 SW 92nd Court
Cutler Bay, FL  33189

**RE:**   *U.S. v. Noe De La Cruz, et al.*  Case No. 18-20269-Cr-Cooke
Real Property located at <u>3084 Southwest 112 Avenue, Davie, FL 33330</u>

To whom it may concern:

The United States District Court for the Southern District of Florida has ordered that certain property in the above-styled criminal case be forfeited to the United States. The enclosed Order of Forfeiture describes the property subject to forfeiture and the procedure for filing a petition to any of the property in which you may have a legal right, title or interest.  By receipt of this letter, you are given actual notice of the forfeiture of the property and of your right to assert a claim.  This Notice is intended only to provide you with notice; service of this Notice is in no way intended to imply that the United States believes that you would have a valid claim to any of the forfeited property.  Neither a defendant in the criminal case, nor his agent, is entitled to file a petition.

The procedure for filing a petition is set forth in Title 21, United States Code, Section 853(n).  If you intend to file a petition, you must do so in the above-styled case within thirty (30) days of your receipt of this letter.  The petition must be filed under the above case name and number in the United States District Court, 400 North Miami Avenue, Miami, Florida 33128; with a copy to Nicole Grosnoff, Assistant United States Attorney, United States Attorney's Office, 99 N.E. 4 Street, Miami, Florida 33132.  The petition shall be signed by petitioner under penalty of perjury and shall identify the particular property in which Wells Fargo Bank claims a legal right, title or interest; the nature and extent of such right, title or interest in each property; the time and

circumstances of the acquisition of the right, title and interest in the property; and any additional facts and documents supporting the claim and the relief sought.

    Thank you for your assistance in this matter.

                                            Sincerely,

                                            ARIANA FAJARDO ORSHAN
                                            UNITED STATES ATTORNEY

                                            _____

                                            NICOLE GROSNOFF
                                            ASSISTANT U.S. ATTORNEY

Enclosures- Order of Forfeiture

FedEx.

February 18, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 8148 7269 0611

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | 21101 SW 92ND CT |
| **Service type:** | FedEx Standard Overnight | | FL, 33189 |
| **Special Handling:** | Deliver Weekday; Residential Delivery | **Delivery date:** | Dec 12, 2019 13:04 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 8148 7269 0611 | **Ship Date:** | Dec 11, 2019 |
| | | **Weight:** | |

**Recipient:**
LEO SEAN PALMER, LEBSP LIREVCCABLE TRUST
21101 SW 92ND CT
FL, US, 33189

**Shipper:**
NICOLE GROSNOFF, USDOJ/US ATTORNEYS OFFICE
99 NE 4TH ST
MIAMI, FL, US, 331322131

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx